IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAPSTAR FINANCIAL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GAYLON M. LAWRENCE and THE LAWRENCE GROUP,<br><br>Defendants. | Civil Action No. 3:17-cv-01421<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

**ORDER**

Pending before the Court is the parties' Joint Motion to Modify Discovery and Briefing Schedule for Capstar's Motion for Preliminary Injunction (Docket No. 55). It appearing to the Court from the proposed agreed order submitted by the parties (Docket No. 55-1) that the parties have agreed to modify and extend the schedule for discovery related to plaintiff's intended motion for a preliminary injunction that was established by the Court in paragraph 4 of its Order dated December 18, 2017 (ECF No. 37), as well as the deadlines for the filing and briefing of that motion.

Upon the filing of Plaintiff's motion for preliminary injunction on **March 23, 2018**, the parties shall **on that same date**, file a joint motion to set a preliminary injunction hearing, which states the number of anticipated hearing days, and the parties' requested target hearing date.

The Court hereby orders that the following, modified schedule shall apply to discovery related to Plaintiff's intended motion for a preliminary injunction, and to the filing and briefing of the motion:

| **February 12, 2018** | Deadline for parties to mutually produce responsive documents (to be produced on a rolling basis with substantial productions to be made on January 24, January 30, and February 5) |
|---|---|
| **February 16, 2018** | Deadline for parties to exchange privilege logs |
| **February 19, 2018 – March 9, 2018** | Depositions |
| **March 23, 2018** | Deadline for plaintiff to file motion for preliminary injunction with accompanying memorandum of law **not to exceed 25 pages**[1] |
| **April 2, 2018** | Defendants' response to motion for preliminary injunction due, **not to exceed 25 pages** |
| **April 9, 2018** | Plaintiff's reply due, **not to exceed 5 pages** |

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The parties' attention is directed to the page limitations for the entire briefing schedule, which were modified from the page limits proposed by the parties. The parties are strongly encouraged to stay within these page limits, but if any party finds it impossible to do so, that party may file an appropriate motion to exceed the page limits in accordance with the procedures for modification of case management orders.