IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAPSTAR FINANCIAL HOLDINGS, INC. ) | |
| ) | |
| v. ) | No. 3:17-cv-1421 |
| ) | |
| GAYLON M. LAWRENCE and ) | |
| THE LAWRENCE GROUP ) | |

**O R D E R**

On April 30, 2020, the special master filed a report of time and expenses incurred in this case. (Docket No. 287.) The report is in the nature of a fee application, which is ordinarily governed by Local Rule 54(c). *See also* Fed. R. Civ. P. 53(g). No response to the special master's report of fees was filed by either party, which the Court supposes is because the Court had not yet ruled on the objections to the special master's order on the merits of the privilege dispute. (Docket No. 285.)

By separate order, the Court adopts the special master's findings and conclusions in full. Accordingly, the issues of amount and allocation of the special master's fees are now appropriately addressed. By no later than **July 13, 2020**, the parties must file memoranda of law, which state their respective positions for allocation of the fees and expenses and any objections to the amount of the claimed fees and expenses. Optional responses to the parties' respective positions may be filed by no later than **July 20, 2020**. No other filings will be permitted unless requested by the Court.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge