UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAPSTAR FINANCIAL HOLDINGS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:17-cv-01421 ) ) |
| GAYLON M. LAWRENCE and THE LAWRENCE GROUP, | ) ) ) |
| Defendants. | ) ) |

## ORDER

The parties have filed a Joint Stipulation and Agreed Order for Dismissal Without Prejudice (Doc. No. 308). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

Notwithstanding the dismissal, the Court retains jurisdiction to allocate fees and expenses to the special master. (See Doc. No. 297.)

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE