IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAPSTAR FINANCIAL HOLDINGS, INC. ) | |
| ) | |
| v. ) | NO. 3:17-1421 |
| ) | Crenshaw/Holmes |
| GAYLON M. LAWRENCE and ) | |
| THE LAWRENCE GROUP ) | |

**O R D E R**

On September 1, 2020, the Special Master advised the Court that his agreed-upon fees have now been paid by the parties. *See* Docket Nos. 287 and 297. That was the only remaining matter over which jurisdiction was retained by Chief Judge Crenshaw's July 24, 2020 order of dismissal. *See* Docket No. 309. Subject to any further order(s) by Chief Judge Crenshaw, there are no further pending matters.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge